THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARIFKHAN PATHAN, <br><br> Defendant. | No. CR 21-0010-RSL <br><br> ORDER GRANTING UNOPPOSED MOTION TO TRAVEL OUTSIDE DISTRICT |

The Court has considered the motion by the defendant for permission to travel outside district, the responses of the parties and the records and filed herein.

It is now ORDERED that the motion is granted. Mr. Pathan has permission to travel to Los Angeles, California between December 17 and December 21, 2022. He is to provide the address and contact information to probation and the location monitoring specialist of where he will be staying and any other information they may require. Mr. Pathan must remain in compliance with all Bond conditions currently in place.

DONE this 9th day of December 2022.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defenders
Attorneys for Arifkhan Pathan

ORDER TO TRAVEL OUTSIDE DISTRICT
(*US v. Arifkhan Pathan*; CR21-10-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**