The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-010RSL |
| Plaintiff, | **ORDER OF FORFEITURE** |
| v. | |
| ARIFKHAN PATHAN, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Arifkhan Pathan's interest in the following property:

- a judgment for a sum of money (also referred to as a forfeiture money judgment) in the amount of $5,000, representing the property involved in Defendant Pathan's *Laundering Monetary Instruments* offense, in violation of 18 U.S.C. §§ 1956 and 2.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

- Property involved in *Laundering Monetary Instruments*, in violation of 18 U.S.C. §§ 1956 and 2, is forfeitable pursuant to 18 U.S.C. § 982(a)(1);

Order of Forfeiture - 1
*United States v. Arifkhan Pathan,* CR21-010-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In his Plea Agreement, Defendant agreed to forfeit his interest in the above-identified judgment for a sum of money pursuant to 18 U.S.C. § 982(a)(1), as it reflects the property involved in such offense (Dkt. No. 45, ¶ 14); and,

- This judgment for a sum of money is personal to Defendant Pathan; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 982(a)(1) and Defendant Pathan's Plea Agreement, Defendant's interest in the above-identified sum of money in the amount of $5,000 is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant Pathan at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3. No right, title, or interest in the identified sum of money in the amount of $5,000 exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $5,000; and,

///

///

///

///

Order of Forfeiture - 2
*United States v. Arifkhan Pathan,* CR21-010-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5.  The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 2nd day of June, 2023.

*[signature]*

THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Order of Forfeiture - 3
*United States v. Arifkhan Pathan,* CR21-010-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970