UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARIFKHAN PATHAN,<br><br>Defendant. | Case No. CR21-010RSL<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SURRENDER |

This matter comes before the Court on defendant's "Motion for Extension of Time to Surrender." Dkt. # 71. The Court, having reviewed the motion, response, supporting documents and files herein, GRANTS defendant's motion.

Arifkhan Pathan pleaded guilty to one count of Money Laundering in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2. Dkts. # 45, 68. On December 1, 2023, this Court sentenced Pathan to one year and one day of incarceration followed by 36 months of supervised release. Dkt. # 68. The Court set a voluntary self-surrender date of January 29, 2024. Dkt. # 68.

Pathan now requests an extension of his voluntary surrender date for at least six months pending resolution of his immigration matters. Dkt. # 71 at 2. The Government opposes the motion, arguing that an extension is an "unauthorized modification of Pathan's sentence," would violate the victims' rights, and would be substantively unreasonable. Dkt. # 72 at 2–7.

1      The Court finds good cause to grant a short extension given Pathan's pending
2  immigration applications. Allowing a modest extension to the date in which Pathan is expected
3  to begin serving his sentence is not a modification in his term of imprisonment under 18 U.S.C.
4  § 3582. Accordingly, the Court will adjust Pathan's report date from January 29 to March 5,
5  2024. The report date will not be extended beyond that date unless new reasons emerge to
6  justify it.

    DATED this 26th day of January, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
FOR EXTENSION OF TIME TO SURRENDER - 2